# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEREAL LANE**  **PLAINTIFF**
**ADC #167352**

**v.**     **CASE NO: 2:25-CV-00068-BSM**

**TRACEY BENNETT,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE